```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 41572
   JAMES M SNEE
   MARLENE D SNEE                              CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6676     SSN XXX-XX-8251

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/28/2005 and was confirmed 11/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.40% from remaining funds.

     The case was dismissed after confirmation 08/11/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00            .00            .00
KEY BANK USA              CURRENT MORTG          .00            .00            .00
ALLIED INTERSTATE         NOTICE ONLY      NOT FILED            .00            .00
BANK OF AMERICA NA        UNSECURED        NOT FILED            .00            .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY      NOT FILED            .00            .00
CAPITAL ONE               UNSECURED           663.95            .00          71.91
CHASE MANHATTAN BANK      UNSECURED          4621.16            .00         501.20
CHASE BANK USA NA         UNSECURED          7830.24            .00         848.16
CHASE MANHATTAN BANK      UNSECURED          2747.98            .00         298.04
RESURGENT CAPITAL SERVIC  UNSECURED          4773.64            .00         517.74
RESURGENT CAPITAL SERVIC  UNSECURED          2379.90            .00         258.12
FIRST EXPRESS             UNSECURED           988.82            .00          96.80
HSBC                      UNSECURED          7125.03            .00         772.77
ROUNDUP FUNDING LLC       UNSECURED          4804.78            .00         521.12
KOHLS                     UNSECURED          1351.38            .00         132.29
KOHLS                     UNSECURED           357.22            .00          31.25
RETAIL SERVICES           UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1216.15            .00         131.89
RESURGENT CAPITAL SERVIC  UNSECURED          1817.87            .00         197.29
RESURGENT CAPITAL SERVIC  UNSECURED          2913.46            .00         315.98
ROUNDUP FUNDING LLC       UNSECURED          5162.18            .00         559.16
CHASE BANK USA NA         SECURED NOT I      976.65            .00            .00
KEY BANK USA              MORTGAGE ARRE      440.55            .00          31.83
JOHN C DENT               DEBTOR ATTY       2,300.00                      2,300.00
TOM VAUGHN                TRUSTEE                                           490.93
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 8,076.48
```

             PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 05 B 41572 JAMES M SNEE & MARLENE D SNEE

```
PRIORITY                                                            .00
SECURED                                                           31.83
UNSECURED                                                      5,253.72
ADMINISTRATIVE                                                 2,300.00
TRUSTEE COMPENSATION                                             490.93
DEBTOR REFUND                                                       .00
                                      ---------------    ---------------
TOTALS                                      8,076.48           8,076.48
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 11/19/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```